

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-20-00147-CV

Clyde E. **KEBODEAUX,**
Appellant

v.

Patricia **KEBODEAUX,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

# O R D E R

After the trial court clerk filed a notice of late record stating appellant had not made arrangements to pay for the clerk's record, appellant filed a response stating payment arrangements have now been made. We therefore order the clerk's record is due on May 29, 2020.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court